JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MOUNGA-TOKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LA-Z-BOY, INC., a Michigan Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-00977-CJC-AGR<br><br>*Assigned to Hon. Cormac J. Carney<br>Courtroom 7C*<br><br>**ORDER GRANTING THE PARTIES JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 12, 2019<br>Trial date: June 9, 2020 |

ORDER FOR DISMISSAL WITH PREJUDICE

# **ORDER**

In consideration of the Parties' Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

Date: January 30, 2020

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT COURT